```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF GEORGIA
                    COLUMBUS DIVISION
```

UNITED STATES OF AMERICA,      *

vs.                            *

TIFFANY GIST,                  *      CASE NO. 4:19-CR-3 (CDL)

    Defendant.               *

O R D E R

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on November 16, 2021. There was no objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1). Therefore, the Court reviews the Recommendation for clear error. Finding no clear error, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

IT IS SO ORDERED, this 15th day of December, 2021.

                                          s/Clay D. Land
                                          CLAY D. LAND
                                          U.S. DISTRICT COURT JUDGE
                                          MIDDLE DISTRICT OF GEORGIA